# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MANSION PRODUCTIONS, LLC, | No. CV 09-852-PLA |
| Plaintiff, | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| v. | |
| OC3 NETWORKS & WEB SOLUTIONS, LLC, | |
| Defendant. | |

Based on plaintiff's Notice of Non-Opposition to Motion to Dismiss for Lack of Subject-Matter Jurisdiction; Request for Dismissal Without Prejudice, filed on May 26, 2009, the Court orders that this action is **dismissed without prejudice**. Fed.R.Civ.P. 41(a)(1), 41(a)(2).

DATED: May 27, 2009

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE